IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS J. SHESKEY

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                         12-cv-488-wmc

MADISON METROPOLITAN SCHOOL DISTRICT,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of subject matter jurisdiction.

/s/                                      3/2/2015

Peter Oppeneer, Clerk of Court                Date